UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr238

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DAVID GARDNER ) | |
| ) | |

**THIS MATTER** is before the Court upon agreement for Pretrial Diversion. (Doc. Nos. 15, 16). The Court has reviewed the record and finds that it is in the interest of justice to continue the trial of this case to give the defendant the opportunity to comply with the proposed agreement.

**IT IS, THEREFORE, ORDERED** the defendant shall be admitted to the Pretrial Diversion Program, effective June 5, 2009, for a period of 12 months, as directed by Pretrial Services.

**IT IS FURTHER ORDERED** that the trial of this case shall continued until June 7, 2010.

**IT IS FURTHER ORDERED** that Government's Exhibit 1 be sealed due to the confidential nature of the exhibit.

Signed: June 8, 2009

Robert J. Conrad, Jr.
Chief United States District Judge